JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

ZDARSKY, SAWICKI & AGOSTINELLI LLP
ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

*Receipt # 11089747*
*pd $43.34*
*4/26/10 cg*

April 23, 2010

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: **Donna A. Urbanski**
    **Case No. 05-10494B**

Ladies and Gentlemen:

Enclosed is my check no. 10117 for $43.34, payable to the Clerk, representing the dividend(s) payable as follows, which are represented in (a) check(s) which the creditor(s) did not negotiate within the 90 days specified on the check(s):

| Claim No. | Creditor | Amount |
|---|---|---|
| 2 | Mitsubishi Motor Credit<br>POB 4401<br>Bridgeton, MO 63044 | $43.34 |

*FILED APR 26 2010 BANKRUPTCY COURT BUFFALO, N.Y.*

This sum represents a interest on a 100% dividend which I sent to the creditor but which the creditor returned. The cover letter under which the check was forwarded clearly explained that one check was for principal and the other for interest. The creditor accepted the principal dividend, but not the interest dividend.

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure
cc: Ms. Anne Quinn
    Mitsubishi Motor Credit (at above address)